

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2023
```

July 6, 2023

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Slade v. Super Free Games, Inc.*, Case No. 1:23-cv-02449-MKV

Dear Judge Vyskocil:

We represent defendant Super Free Games, Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from July 10, 2023 to August 24, 2023.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

> **The Court extends the deadline for Defendant to answer or otherwise respond to the Complaint to August 24, 2023. There will be NO further extensions. SO ORDERED.**
>
> Date: 7/6/2023
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms