**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LINDA SLADE,

                Plaintiff,        Case No.   1:23-cv-2449-MKV

- against -

SUPER FREE GAMES, INC. d/b/a Trivia Star,

                Defendant.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Super Free Games, Inc.

Dated: Scarsdale, New York
       July 7, 2023

                                          SHAKED LAW GOUP, P.C.
                                          Attorneys for Plaintiff
                                          By: /s/ Dan Shaked
                                          Dan Shaked, Esq.
                                          14 Harwood Court, Suite 415
                                          Scarsdale, NY 10583
                                          Tel. (917) 373-9128
                                          e-mail: ShakedLawGroup@Gmail.com

---

**The Clerk of Court is respectfully requested to close this case. SO ORDERED.**

Date: 7/11/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge